# EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60646-Civ-Cohn/Seltzer

| | |
|---|---|
| CAROL D. SMITH, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WM. WRIGLEY, JR. COMPANY,<br><br>Defendant. | DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS |

Case No. 09-60646-Cohn/Seltzer

I, TIMOTHY G. BLOOD, declare as follows:

1. I am the managing partner of the law firm of Blood Hurst & O'Reardon, LLP. I am one of the attorneys representing the plaintiff and plaintiff class in the above-entitled action (the "Litigation"). My firm is one of the firms designated as Class Counsel in the Litigation. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and reimbursement of expenses incurred in connection with services rendered in the Litigation. I have been actively involved in the prosecution of this action from its inception. Until December 31, 2009, I was a partner with the firm currently known as Robbins Geller Rudman & Dowd, LLP ("Robbins Geller"). The fees and expenses incurred through my actions while a partner at Robbins Geller are discussed in the concurrently filed declaration of Paul Geller. The fees and expenses reported in this declaration concern only those incurred since January 1, 2010 by my current firm.

2. Attached as Exhibit A is a true and correct copy of my firm's resume.

3. From the inception of this Litigation, counsel for plaintiff have aggressively prosecuted this case and vigorously represented the interests of plaintiff and the class.

4. Since its inception in January, 2010, my firm has been actively involved in all aspects of the Litigation. I was the lead attorney negotiating the proposed settlement of the Litigation. Additionally, my firm has been involved in all briefing, documentation of this Settlement, litigation strategy, formal and informal discovery, class member notice and outreach efforts that has occurred in 2010.

5. I have been informed by the Settlement Claims Administrator, Garden City Group, of the following facts and occurrences, and believe them to be true:

(a) The Summary Notice was published as a one-half page ad in two nationally distributed general circulation magazines: *People Magazine* and *Better Homes & Gardens*.

(b) **PEOPLE MAGAZINE** is a widely circulated celebrity news and human-interest weekly magazine with a nationwide circulation is 3,615,858. It reports one of the largest

1

pass-along rates of any magazine. *People Magazine* reports approximately 11.8 readers per copy, for a total readership[1] of approximately 42,667,124. The Summary Notice was published once in *People Magazine* in the July 26, 2010 issue, which was on sale beginning July 16, 2010.

(c) **BETTER HOMES AND GARDENS** provides information and ideas on how people can make their lives better through a number of topics, including: home design and decorating, food and appliances, family health, personal style, and entertaining. It has a circulation of 7,634,197 with more than 39,087,089 readers. The Summary Notice was published once in *Better Homes & Gardens* in the September issue, which was on sale beginning August 17, 2010.

(d) The combined circulation of these nationally distributed magazines is 11,250,055, with a readership of more than 81 million. Attached as Exhibit B are the tear sheet proofs of publication from *People Magazine* and *Better Homes & Gardens*.

(e) To further enhance the notice effort, banner ads were posted on highly trafficked Internet sites including: Facebook.com, Weather.com (run of forecast), CNN.com (story pages/all news pages), Univision.com, AOL.com, Yahoo.com and Quadrant One.

(f) **FACEBOOK.com** is one of the top three websites and is the largest social media website. The site reports that nearly 50 percent of its active users log on each day with more than 130 "friends."

(g) **WEATHER.com** reports that it is the number one ad-supported media news and information site, with visitors spending an average of 22 minutes on the site. Banner ads appeared on Weather.com's forecast pages, which account for approximately 80 percent of the website traffic.

(h) **CNN.com** reports that visitors spend about 29 minutes on the website. Banner ads appeared on the popular all-news/story pages, which account for roughly 15 to 25 percent of visitors on its website, along with their homepage and category main pages.

---

[1] Readers are calculated by a publication's pass-along factor, or readers per copy, in addition to the subscriber.

Case No. 09-60646-Cohn/Seltzer

6. The total number of hours spent on this Litigation by my firm through September 23, 2010, was 175.5 hours, equating to a total lodestar amount based on the firm's billing rates of $104,247.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases, including class action cases and for hourly paying clients. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Timothy G. Blood | 102.75 | $655 | $67,301.25 |
| Leslie E. Hurst | 11.25 | $585 | $6,581.25 |
| Thomas J. O'Reardon II | 57.50 | $510 | $29,325.00 |
| Paralegal | 4.00 | $260 | $1,040.00 |
| TOTAL | 175.5 | | 104,247.50 |

7. Through August 31, 2010, my firm incurred a total of $3,601.59 in expenses in connection with the prosecution of this Litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | 2,082.64 |
| Photocopies | 535.15 |
| Postage | 57.00 |
| Telephone, Facsimile | 224.26 |
| Expert/Consultants, Witness & Related Costs | 583.00 |
| Lexis, Westlaw, Online Library Research | 119.54 |
| TOTAL | $3,601.59 |

Case No. 09-60646-Cohn/Seltzer

8. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of September, 2010, at San Diego, California.

_____
TIMOTHY G. BLOOD

# Exhibit A



600 B Street, Suite 1550 | San Diego, CA 92101
T | 619.338.1100  F | 619.338.1101
www.bholaw.com

# FIRM RESUME



Blood Hurst & O'Reardon, LLP specializes in the nationwide prosecution of complex class and representative actions. The firm represents the interests of consumers, insurance policy holders and investors in state and federal trial and appellate courts throughout the country. The principals of Blood Hurst & O'Reardon come from a nationwide firm that was the largest and most prominent in the country representing plaintiffs in class action litigation, where they formed the core of the consumer and insurance practice group. Blood Hurst & O'Reardon's principals have been appointed lead counsel and have held other leadership positions in a wide variety of class action matters.

### Timothy G. Blood

Mr. Blood is the firm's managing partner. His practice has focused on complex litigation, including class action litigation, since the early 1990's. Mr. Blood has tried class action cases and is a recognized expert on consumer fraud law, including California's Unfair Competition Law and Consumers Legal Remedies Act.

Mr. Blood has represented millions of retail consumers, holders of life, automobile and homeowner's insurance policies, mortgagors, credit card customers, homeowners, and victims of race and income discrimination. He practices in both state and federal courts throughout the country, and has represented the interests of consumers formally or informally before the Federal Trade Commission, the California Department of Justice, the California Legislative Analyst's Office and the California Department of Insurance.

In 2010, Mr. Blood has been appointed: (1) Co-Lead Class Counsel by the Los Angeles Superior Court in *In re Toyota Motor Cases*, JCCP No. 4621 (Toyota Unintended Acceleration Consolidated Litigation); (2) Co-Lead Class Counsel by the United States District Court for the Southern District of California in the multidistrict litigation *In re: Hydroxycut Marketing and Sales Practices Litigation*; (3) to the Plaintiffs' Steering Committee by the United States District Court for the Eastern District of Louisiana to lead the multidistrict litigation *In re: Apple iPhone 3G and 3GS "MMS" Marketing and Sales Practices Litigation*; and (4) to the plaintiffs' Executive Committee by the United States District Court for the District of New Jersey to lead the multidistrict litigation *In re: Cheerios Marketing & Sales Practices Litigation*. Mr. Blood also currently acts as lead counsel in the Dannon Activia and DanActive consumer fraud litigations, which consist of a series of class action cases filed in federal courts around the country, which have resulted in a nationwide class action settlement. He was lead trial counsel in *Lebrilla v. Farmers Insurance Group, Inc.*, a multistate class action which settled on terms favorable to the class after a month long trial and just before closing arguments. He was also co-lead trial counsel in *In re Red Light Photo Enforcement Litigation*, an action brought on behalf of California motorists, which is currently pending before the California Supreme Court.

Mr. Blood has represented millions of purchasers of food, food supplements and over-the-counter drugs arising out of various advertising claims made by manufacturers and retailers. He has also represented owners of motor vehicles in product liability cases, and consumer credit and mortgage borrowers against a number of major lending institutions, including Bank of America, Washington Mutual, Countrywide, GMAC and Wells Fargo.



Mr. Blood has extensive experience litigating against life, auto and other insurance carriers on behalf of consumers. His experience litigating against life insurance companies includes representing owners, holders and beneficiaries of industrial life insurance in race discrimination cases (with class periods dating back to the late 1800's). He also represented those holding traditional life insurance policies in market conduct actions such as the "vanishing premium" life insurance actions. Mr. Blood was responsible for one of only two litigated cases where classes where certified in the vanishing premium series of cases. He was also one of the few plaintiffs' attorneys to obtain class-wide recoveries in the "imitation parts" automobile insurance actions. Insurance companies against whom Mr. Blood has litigated include the American General companies, Farmers Insurance Group of Companies, Mercury Insurance Group, Allstate, State Farm, Great Southern Life, Metropolitan Life, United Life Insurance Company, Midland National Life Insurance Company and General American Insurance Company.

Mr. Blood has also represented consumers in traditional false advertising actions, those victimized by so-called "negative option" sales practices, and owners of a variety of different types of faulty computer equipment and software from manufacturers, including Apple, Dell, and IBM.

Mr. Blood has been involved in a number of precedent-setting appellate decisions in areas which include consumer and insurance law and class action procedure. These appellate decisions include *Troyk v. Farmers Group, Inc.*, 171 Cal. App. 4th 1305 (2009) (insurance law); *Lebrilla v. Farmers Group, Inc.*, 119 Cal. App. 4th 1070 (2004) (automobile insurance and class action procedure); *Moore v. Liberty Nat'l Life Ins. Co.*, 365 F.3d 408 (5th Cir. 2004) (life insurance and civil rights); *McKell v. Washington Mutual Bank, Inc.*, 142 Cal. App. 4th 1457 (2006) (banking law and consumer law); *Lavie v. Proctor & Gamble, Inc.*, 105 Cal. App. 4th 496 (2003) (consumer law and false advertising); *Hawaii Medical Ass'n v. Haw. Med. Serv. Ass'n*, 148 P.3d 1179 (Haw. 2006) (health insurance); *Kruse v. Wells Fargo Home Mortgage, Inc.*, 383 F.3d 49 (2nd Cir. 2004) (consumer and banking law); and *Santiago v. GMAC Mortgage Group, Inc.*, 417 F.3d 384 (3rd Cir. 2005) (consumer and banking law).

Mr. Blood has testified before the California State Assembly and State Senate Judiciary Committees, as well as the Assembly and Senate Committees on Banking, Finance & Insurance. He has worked at both the state and federal level with lawmakers and government agencies to shape legislation to protect consumer rights, including lobbying on the Class Action Fairness Act of 2005.

Mr. Blood is a frequent continuing legal education speaker on topics which include complex litigation, class action procedure, financial fraud litigation, insurance litigation and consumer fraud. He has been an invited speaker for American Bar Association practice groups, the Practicing Law Institute, Loyola Law School, American Association of Justice, Consumer Attorneys of California, ALI-ABA, the National Practice Institute and the Consumer Attorneys of San Diego, for which he chairs a multi-day seminar on class action litigation.

Mr. Blood is frequently consulted by the media. He has appeared on Good Morning America, ABC World News Tonight, and major network affiliates on behalf of his clients. He



has been interviewed for stories featuring consumer rights issues and his cases in *The New York Times*, *The Wall Street Journal*, *The Los Angeles Times*, the *Daily Journal*, *Adweek* and others.

Mr. Blood serves on the Board of Governors of the Consumer Attorneys of California, and on the Executive Board of the Consumer Attorneys of San Diego. In 2007, he was a finalist for the Consumer Attorneys of California Lawyer of the Year award for his trial work in a multistate class action against Farmers Insurance. He has been named a "Super Lawyer" since 2006. Mr. Blood is also the Legislative Column Editor for *Trial Bar News*.

Mr. Blood is admitted to practice in the state of California, as well as the United States Courts of Appeal for the Fifth, Sixth, Eight, Ninth and Eleventh Circuits, and the United States District Courts for the Southern, Central, Northern and Eastern Districts of California, the Eastern District of Arkansas and the Eastern District of Michigan. Before starting Blood Hurst & O'Reardon, Mr. Blood was a partner in Milberg Weiss Bershad Hynes & Lerach, LLP and Coughlin Stoia Geller Rudman & Robbins, LLP. Mr. Blood received his Juris Doctor from George Washington University in 1990 and his Bachelor of Arts with honors in Economics from Hobart College in 1987.

### Leslie E. Hurst

Ms. Hurst is a co-founding partner of Blood Hurst & O'Reardon. Her practice has focused on complex class action lawsuits, including federal multi-district litigation and California Judicial Council Coordinated Proceedings, with an emphasis on consumer fraud and insurance cases under California's consumer protection statutes.

Prior to co-founding the firm, Ms. Hurst was a partner at Coughlin Stoia Geller Rudman & Robbins LLP and an associate at Milberg Weiss Bershad Hynes & Lerach LLP. While practicing at those law firms, Ms. Hurst worked in a number of practice areas, including areas focusing on cases against: (1) life insurers for misrepresenting the terms of vanishing premium life insurance; (2) auto insurers for repairs with non-OEM parts, diminished value claims and improper collection of installment service charges; (3) financial institutions for violations of the federal Real Estate Practices Act and collection of excessive closing costs; (4) insurance companies for race-based discrimination in the sale of small value "industrial" or "burial" insurance policies; and (5) consumer goods manufacturers for false and deceptive advertising.

Between 2003 and 2005, Ms. Hurst took a sabbatical from law and moved to Sri Lanka where she worked for CARE International as Coordinator for Strategic Planning with an emphasis on development of CARE's long-term strategic plan for the conflict-affected areas.

Ms. Hurst is admitted to practice in the state of California, as well as the United States District Courts for the Southern, Central and Northern Districts of California. Ms. Hurst received her Juris Doctor degree from the University of California, Hastings College of the Law in 1995. She earned her Master of Arts degree in Sociology from the University of California, Berkeley and a Bachelor of Arts degree in Sociology (*cum laude*) from the University of San Diego. Ms. Hurst is an active member of the Lawyers Club, Consumer Attorneys of San Diego, and Consumer Attorneys of California.



### Thomas J. O'Reardon II

Mr. O'Reardon is a co-founding partner with the firm. His practice has focused exclusively on complex class action lawsuits involving consumer fraud, insurance fraud, antitrust and securities fraud litigation. Mr. O'Reardon earned his Bachelor of Arts degree in Politics from Wake Forest University and his Juris Doctor degree from the University of San Diego. He is licensed to practice law in all California state courts, as well as the United States District Courts for the Southern, Central, Eastern and Northern Districts of California, and the United States District Court for the Eastern District of Arkansas.

Prior to co-founding the firm, Mr. O'Reardon worked at Coughlin Stoia Geller Rudman & Robbins LLP. There, Mr. O'Reardon worked on numerous complex class action litigation matters, including actions involving: annuity policies marketed and sold to senior citizens; insurer kickbacks known as "contingent commissions" in the property and casualty insurance brokerage industry; Sherman Act claims against the world's largest manufacturers of random access memory for computers; invasions of credit card holder's rights of privacy; false and deceptive advertising of consumer goods and wireless telephone services; automobile insurers' unlawful practices with respect to installment pay plans; and dangerous and defective products, including recalled children's toys. He was also part of the team representing the California Department of Insurance against five of the largest employee benefit insurance companies for violations relating to their failure to disclose payments of contingent commissions to brokers. As a result of the action, all five defendants agreed to sweeping changes in their disclosure practices.

Some of the actions on which Mr. O'Reardon has worked include: *In re Dynamic Random Access Memory Antitrust Litigation* (settled for more than $300 million); *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litigation* (nationwide settlement valued at over $50 million); *Gemelas v. The Dannon Co., Inc.* (awaiting final approval of a nationwide settlement in excess of $45 million involving false advertising of Dannon's Activia and DanActive yogurt products); *Smith v. Wm. Wrigley Jr. Co.* (awaiting final approval of a nationwide settlement in excess of $7 million involving false advertising of Wrigley Eclipse chewing gum and mints); *In re Enron Corp. Sec. Litigation* (settlements of $7.3 billion); *AOL Time Warner Cases* (settlements of approximately $630 million); *Morris v. CBS Broadcasting, Inc.* (nationwide settlement on behalf of purchasers of asbestos-laden children's toys); *In re Aqua Dots Prods. Liab. Litigation* (pending multidistrict litigation on behalf of purchasers of more than 4 million toxic children's toys); and *Berry v. Mega Brands, Inc.* (pending class action litigation on behalf of purchasers of more than 10 million lethal children's toys).

Mr. O'Reardon is an active member of the Consumer Attorneys of San Diego, the Consumer Attorneys of California, and a founding member of the CAOC Young Lawyers Division. He is also a member of The Sedona Conference Working Group on Electronic Document Retention and Production.

# EXHIBIT B

## RESOURCES

setaceum 'Rubrum'), Creeping Jenny (*Lysimachia nummularia* 'Goldilocks')—Proven Winners; provenwinners.com. Golden Hakone Grass (*Hakonechloa macra* 'Aureola')—Perennial Resource; perennialresource.com. Spring Hill Nurseries; springhillnursery.com. 'Bright Lights' Swiss Chard, 'Redbor' Flowering Kale—Park Seed Co.; parkseed.com. *Carex Siderosticha* 'Island Brocade'— Joy Creek Nursery; joycreek.com. Variegated Foliage Nursery; variegatedfoliage.com.

THE GARDENER
Pages 136-143: lettuce, spinach, and Swiss chard seeds—Park Seed Co.; parkseed.com. Butterfly plants—Prairie Nursery; prairienursery.com. White Flower Farm; whiteflowerfarm.com. California poppy, lupine, and gilia—Annie's Annuals & Perennials; anniesannuals.com. 'Invincible' Hosta— The Hosta Farm; thehostafarm.com. 'Sun Power' Hosta—Perennial Resource; perennialresource.com. 'Sunny Delight' Hosta—Naylor Creek Nursery; naylorcreek.com. 'Squash Casserole' and 'Fried Banana' Hosta—Plant Delights Nursery, Inc.; plantdelights.com. 'Fragrant Bouquet' Hosta—Bluestone Perennials, Inc.; bluestoneperennials.com.

FEAT OF CLAY
Page 144: E6000 adhesive—Michaels; michaels.com; also available at retailers nationwide. Clay pot sealer—Plaid; 800/842-4197; plaidonline.com.

BEAUTY
Page 153: Shiseido The Makeup Automatic Lip Crayon—fine department stores; sca.shiseido.com. Jemma Kidd Iridescent Eye Silk Crayon—Target stores; target.com. Sephora Jumbo Pencil—Sephora stores; sephora.com. Make Up For Ever Pearly Waterproof Eye Shadow Pencil—select Sephora stores; sephora.com; makeupforever.com. Almay Bright Eyes Liner/Highlighter Duo—mass market retailers nationwide; almay.com. Mark Mini Mark It Hook Up Stick for Eyes—Avon representatives; meetmark.com.
Page 154: Fresh Eat, Pray, Love Perfumes—Fresh retail stores; fresh.com. Amore Pacific Treatment Cleansing Soap—select fine department stores; 877/552-6673. Laszlo Blue Firmarine Treatment bar—select fine department stores; ernolaszlo.com. Arcona Berry Fruit Bar—specialty stores; arcona.com. Clinique Acne Solutions Cleansing Bar—fine department stores nationwide; clinique.com. Burt's Bees Garden Carrot Complexion Soap—mass market retailers nationwide; burtsbees.com. Fresh Umbrian Clay Treatment Bar (see previous). CoverGirl Smoky ShadowBlast—mass market retailers nationwide; covergirl.com. Clinique Even Better Clinical Dark Spot Corrector—fine department stores nationwide; clinique.com. Goody Simple Styles hair products—mass market retailers nationwide; goody.com.
Pages 156-158: L'Oréal Paris Studio Secrets Professional Magic Perfecting Base—mass market retailers nationwide; lorealparisusa.com. Clinique Supermoisture Makeup (see previous). Boots No 7 Radiant Glow Concealer—Target stores; target.com; us.boots.com. Laura Geller Eye Spackle—Sephora stores; sephora.com; laurageller.com. Sally Hansen Natural Beauty Forever Stay Eye Pencil—mass market retailers nationwide; sallyhansen.com. Revlon Brow Fantasy—mass market retailers.com; revlon.com. L'Oréal Double Extend Beauty Tubes (see previous). Philosophy Healthy Cream Blush—Sephora stores; sephora.com; philosophy.com. Laura Mercier Sheer Lip Color—Sephora stores; sephora.com; lauramercier.com. Laura Geller Baked Marble Eyeshadow—Sephora stores; sephora.com; laurageller.com. Paula Dorf Eye Liner Enhancer—Sephora stores; sephora.com; pauladorf.com. Maybelline Sensational Shine Lip Gloss—mass market retailers nationwide; maybelline.com. Smashbox Soft Lights—Sephora and Ulta stores; sephora.com; ulta.com; smashbox.com. Mirabella Perfecting Lip Definer—mirabellabeauty.com.

I DID IT
Page 256: architect—Sheri Newbold; 206/726-0077; live-work-play.net. Contractor—Ventana Construction; 206/932-3009; ventanabuilds.com. Glass tile—Mosaic Tile Mania; mosaictilemania.com. Cabinets—Pete's Cabinets; 425/353-1053. Kitchen island, "Groland"—IKEA; 800/434-4532; ikea.com. Colored bowls, dish towel, small green casserole—Crate & Barrel; 800/967-6696; crateandbarrel.com (product line varies). Small glass measuring bowl—Pyrex; pyrexware.com. Green French oven—Le Creuset; lecreuset.co.uk/en-us. Countertops—Paperstone; paperstone.com. Range hood, "Best"—Broan; broan.com. Cooktop—Miele; miele.com. Windows—Marvin; marvin.com.

IT'S WHERE LIFE HAPPENS PHOTO CONTEST
Subject to Official rules at BHG.com/ItsWhereLifeHappens. No purchase necessary to enter or win. To enter, visit BHG.com/ItsWhereLifeHappens. Click the button to enter. Then complete the registration and follow the instructions to upload one (1) album of photos (up to six (6) photos) of the special moments you share with family and friends in your home. One album is one entry. One entry per person. Open to legal residents of the 50 United States, and the District of Columbia, 21 years or older. The BHG It's Where Life Happens Photo Contest entry period begins on June 3, 2010 and ends on September 30, 2010. Entries must be received by 11:59 p.m. C.T., on September 30, 2010. Void where prohibited. Sponsor: Meredith Corporation

FALL $500 WALKING CHALLENGE
No purchase necessary to enter or win. Subject to Official Rules and entry at bhg.com/walk. The Fall $500 Walking Challenge begins 08/10/2010 and ends 9/30/2010. Entries must be received by 11:59 p.m., E.T., on 9/30/2010. Open to legal residents of the 50 United States, and the District of Columbia, 21 years or older. Void where prohibited. Sponsor: Meredith Corporation

$20,000 WELL SPENT SWEEPSTAKES
No purchase necessary to enter or win. Subject to Official Rules and entry at bhg.com/wellspent. The $20,000 Well Spent Sweepstakes begins 07/01/10 and ends 9/30/10. Entries must be received by 11:59 p.m., E.T., on 9/30/10. Open to legal residents of the 50 United States, and the District of Columbia, 21 years or older. One entry per email address per day. Void where prohibited. Sponsor: Meredith Corporation

$1,000 MAD FOR PLAID CONTEST
Subject to Official Rules at mixingbowl.com/MadforPlaidRecipeContest. No purchase necessary to enter or win. The "Mad for Plaid Recipe Contest" begins August 1, 2010 and ends October 9, 2010. Entries must be received by 11:59 p.m., C.T., on October 9, 2010. The grand prize is $1,000. Open to legal residents of the 50 United States and District of Columbia, 18 years or older. Void where prohibited. Sponsor: Meredith Corporation.

BEST NEW PRODUCT
No purchase necessary to enter or win. Subject to Official Rules and entry at BHG.com/awards. The Better Homes and Gardens Best New Products Awards 2011 Sweepstakes begins July 1, 2010, and ends August 20, 2010. Entries must be received by 11:59 p.m., C.T. on August 20, 2010. Open to legal residents of the 50 United States, and the District of Columbia, 18 years or older. One entry per email address. Void where prohibited. Sponsor: Meredith Corporation

---

**LEGAL NOTICE**

**If you purchased Wrigley Eclipse® Gum or Mints in Packaging with a "NATURAL GERM KILLING" message in the United States, you may be entitled to a cash refund from a class action settlement.**

Para una notificación en Español, visite nuestro sitio Web,
www.EclipseSettlement.com

A proposed settlement has been reached in a class action lawsuit about Wrigley's advertising for Eclipse® gum and mints with Magnolia Bark Extract and its "germ kill" benefit. The lawsuit claims the advertising was not true. Wrigley stands by its advertising and denies it did anything wrong. However, Wrigley has settled to avoid the cost and distraction of litigation. If you're a Class Member, you may send in the Claim Form below to get up to $10. PLEASE NOTE: Any money left over from this settlement will be donated to one or more charities. By not submitting this Claim Form, you will make more money available for charitable donation.

A Federal Court authorized this notice. Before any money is paid, the Court will have a hearing to decide whether to approve the settlement.

**Am I a Class Member?** You're a Class Member if you purchased, not for resale purposes, Eclipse® gum or mints in packaging with a "NATURAL GERM KILLING" message in the United States after June 1, 2008 up until the present.

**What does the settlement provide?** A cash fund of up to $7 million will be created to reimburse Class Members for the Eclipse® gum they purchased and to pay case-related fees and expenses. Details about how much you may receive are available on the Claim Form below and at www.EclipseSettlement.com.

**What are my options?** To ask for cash and remain in the Class, *you must mail or submit a completed Claim Form online by January 24, 2011.* If you do not wish to participate in the settlement, you may exclude yourself from the Class by October 4, 2010, or you may stay in the Class and object to the settlement by October 4, 2010. Visit the website for important information about these options.

The Court will hold a hearing on November 5, 2010 to consider the settlement and Class Counsel's request for up to $2 million in attorneys' fees, plus expenses. You don't have to attend the hearing. For more information, visit www.EclipseSettlement.com.

---

**Smith v. Wm. Wrigley Jr. Company**
**CLAIM FORM**

You can also file online at: **www.EclipseSettlement.com**

If submitting a claim for up to $5.00, you must complete the required information below. If submitting a claim for up to $10.00, you must complete the required information below and sign the Affirmation that you purchased the specified Product(s). All Claim Forms must be postmarked or submitted online by January 24, 2011.

PLEASE NOTE: Any money left over from this settlement will be donated to one or more charities. By not submitting this Claim Form you will make more money available for charitable donation.

If mailing, please return this form to: Smith v. Wm. Wrigley Jr. Company, c/o The Garden City Group, Inc., PO Box 9485, Dublin, OH 43017-4585.

**CLASS MEMBER INFORMATION**

NAME:
TELEPHONE OR EMAIL:
ADDRESS:
CITY:     STATE:     ZIP CODE:

**PURCHASE INFORMATION**

Please provide the following information about the purchases of Wrigley Eclipse® gum or mints with "NATURAL GERM KILLING" for which you seek recovery. If additional space is required, please attach additional pages. If you seek more than $5.00, you may recover up to $10.00 by also signing the Affirmation below.

| | | | |
|---|---|---|---|
| **PRODUCT (WRIGLEY ECLIPSE® GUM OR MINTS)** | | | |
| **DATES OF PURCHASES (MONTH & YEAR)*** | | | |
| **APPROXIMATE DOLLAR AMOUNT SPENT** | | | |
| **LOCATIONS OF PURCHASES (STORE, CITY & STATE)** | | | |

*Purchases must have been made after June 1, 2008

**AFFIRMATION (IF YOU SEEK MORE THAN $5.00)**

UNDER PENALTY OF PERJURY, I AFFIRM THAT I PURCHASED THE LISTED WRIGLEY ECLIPSE® GUM OR MINTS IN PACKAGING WITH A "NATURAL GERM KILLING" MESSAGE IN THE UNITED STATES.

SIGNATURE:_____  DATE:_____

**CLAIM FORMS MUST BE POSTMARKED OR SUBMITTED ONLINE BY JANUARY 24, 2011**
QUESTIONS? VISIT **WWW.ECLIPSESETTLEMENT.COM**

**If you purchased Wrigley Eclipse® Gum or Mints in Packaging with a "NATURAL GERM KILLING" message in the United States, you may be entitled to a cash refund from a class action settlement.**

Para una notificación en Español, visite nuestro sitio Web, www.EclipseSettlement.com

A proposed settlement has been reached in a class action lawsuit about Wrigley's advertising for Eclipse® gum and mints with Magnolia Bark Extract and its "germ kill" benefit. The lawsuit claims the advertising was not true. Wrigley stands by its advertising and denies it did anything wrong. However, Wrigley has settled to avoid the cost and distraction of litigation. If you're a Class Member, you may send in the Claim Form below to get up to $10. PLEASE NOTE: Any money left over from this settlement will be donated to one or more charities. By not submitting this Claim Form, you will make more money available for charitable donation.

A Federal Court authorized this notice. Before any money is paid, the Court will have a hearing to decide whether to approve the settlement.

**Am I a Class Member?** You're a Class Member if you purchased, not for resale purposes, Eclipse® gum or mints in packaging with a "NATURAL GERM KILLING" message in the United States after June 1, 2008 up until the present.

**What does the settlement provide?** A cash fund of up to $7 million will be created to reimburse Class Members for the Eclipse® gum they purchased and to pay case-related fees and expenses. Details about how much you may receive are available on the Claim Form below and at www.EclipseSettlement.com.

**What are my options?** To ask for cash and remain in the Class, *you must mail or submit a completed Claim Form online by January 24, 2011*. If you do not wish to participate in the settlement, you may exclude yourself from the Class by October 4, 2010, or you may stay in the Class and object to the settlement by October 4, 2010. Visit the website for important information about these options.

The Court will hold a hearing on November 5, 2010 to consider the settlement and Class Counsel's request for up to $2 million in attorneys' fees, plus expenses. You don't have to attend the hearing. For more information, visit www.EclipseSettlement.com.

---

**Smith v. Wm. Wrigley Jr. Company**
**CLAIM FORM**

You can also file online at: www.EclipseSettlement.com

If submitting a claim for up to $5.00, you must complete the required information below. If submitting a claim for up to $10.00, you must complete the required information below and sign the Affirmation that you purchased the specified Product(s). All Claim Forms must be postmarked or submitted online by January 24, 2011.

PLEASE NOTE: Any money left over from this settlement will be donated to one or more charities. By not submitting this Claim Form you will make more money available for charitable donation.

If mailing, please return this form to: Smith v. Wm. Wrigley Jr. Company, c/o The Garden City Group, Inc., PO Box 9485, Dublin, OH 43017-4585.

**CLASS MEMBER INFORMATION**

NAME:

TELEPHONE OR EMAIL:

ADDRESS:

| CITY: | STATE: | ZIP CODE: |

**PURCHASE INFORMATION**

Please provide the following information about the purchases of Wrigley Eclipse® gum or mints with "NATURAL GERM KILLING" for which you seek recovery. If additional space is required, please attach additional pages. If you seek more than $5.00, you may recover up to $10.00 by also signing the Affirmation below.

| PRODUCT (WRIGLEY ECLIPSE® GUM OR MINTS) | |
| DATES OF PURCHASES (MONTH & YEAR)* | |
| APPROXIMATE DOLLAR AMOUNT SPENT | |
| LOCATIONS OF PURCHASES (STORE, CITY & STATE) | |

*Purchases must have been made after June 1, 2008

**AFFIRMATION (IF YOU SEEK MORE THAN $5.00)**

UNDER PENALTY OF PERJURY, I AFFIRM THAT I PURCHASED THE LISTED WRIGLEY ECLIPSE® GUM OR MINTS IN PACKAGING WITH A "NATURAL GERM KILLING" MESSAGE IN THE UNITED STATES.

SIGNATURE:_____  DATE:_____

**CLAIM FORMS MUST BE POSTMARKED OR SUBMITTED ONLINE BY JANUARY 24, 2011**
QUESTIONS? VISIT WWW.ECLIPSESETTLEMENT.COM

---



"I never get too far ahead of myself. This could all go away, sober or not"

undercovers grabbed me. I hated jail; it stinks, it's loud.

Another night I was doing speedballs—cocaine and heroin—and I remember lying in bed [in Brooklyn], and I thought, "If I go to sleep, this could be it." I'd be dead on a dirty mattress. My apartment's a mess. There's food everywhere, booze, tin foil, coke.

I knew a friend who'd gotten clean. She referred me to this rehab [in Washington] aimed at Native Americans. It was really appealing to me because I came from the same experiences and I could relate to a lot. They had us make a list of how much you'd spent on drugs. I'd blown $2 million. My way of thinking had gotten me beat up, in jail, going through relationships, not bathing. I said, "I'll do whatever you want me to do." It was the first time I just shut up and listened.

I signed my contract for *New Moon* on the one-year anniversary of my sobriety. I got pretty tight with the wolf guys. I took each of them aside and told them I'm an addict and an alcoholic and that's why I don't drink.

Part of my staying sober is doing service. Since *Twilight*, I can bring an awareness. Through unitedglobalshift.org [a nonprofit that works with Native Americans], we've gotten 13,000 letters to Congress petitioning to improve water infrastructure on reservations. I've talked to kids there. I miss the beauty of the reservations. When I'm home, I go to the sweat lodges. I'm not really sweating for myself; I'm sweating for other people. It's a place to purify yourself and pray. It clears my mind and helps me stay centered. ●