# EXHIBIT 2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60646-CIV-COHN-SELTZER

CAROL D. SMITH, on Behalf of Herself and )
All Others Similarly Situated, )
)
                      Plaintiff, )
)
vs. )
)
WM. WRIGLEY, JR. COMPANY, )
)
                      Defendant. )
)
_____ )

**DECLARATION OF JONATHAN M. STEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, JONATHAN M. STEIN, DECLARE AS FOLLOWS:

1. I am the Managing Member of the Law Office of Jonathan M. Stein, P.L. I was formerly a partner with the firm now known as Robbins Geller Rudman & Dowd LLP ("Robbins Geller"). I am one of the attorneys representing the Plaintiff and Class members in the above-entitled action (the "Litigation"). I am submitting this declaration in support of my firm's application for an award of attorneys' fees and reimbursement in connection with services rendered in the Litigation.

2. Attached as Exhibit A is a firm biography for the Law Office of Jonathan M. Stein, P.L.

3. I am one of the Class Counsel in this Litigation.

4. From the inception of this Litigation, counsel for Plaintiff have aggressively prosecuted this case and vigorously represented the best interests of Plaintiff and the Class.

5. I personally assisted in all aspects of the prosecution of this action by conducting legal and factual research prior to filing the complaint, drafting the complaint, drafting and editing briefs, assisting in document review and discovery, participating in expert and expert-related discovery, assisting in pre-trial planning and strategy, and attending motion hearings and status conferences.

6. The total number of hours spent on this Litigation by me while a partner at Robbins Geller is set forth in the concurrently filed Declaration of Paul J. Geller in Support of Plaintiff's Motion for an Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Award Payment. The total number of hours spent by my firm since I left Robbins Geller is 33.00. The total lodestar amount for attorney/professional time based on my current firm's rate is $19,635.00. The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Jonathan M. Stein | 33.00 | $595.00 | 19,635.00 |
| **FIRM TOTAL** | 33.00 | $595.00 | 19,635.00 |

7. To date, my firm did not incur any out of pocket expenses in connection with the prosecution of this Litigation.

8. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 27th day of September, 2010, at Boca Raton, Florida.

_____
JONATHAN M. STEIN

3

# Exhibit A

4

# Law Office of Jonathan M. Stein, P.L.
120 E. Palmetto Park Rd., Suite 420,
Boca Raton, FL 33432
Tel (561) 961-2244  Fax (561) 750-5964
jstein@jonathansteinlaw.com

---

The Law Office of Jonathan M. Stein, P.L., based in Boca Raton, FL, specializes in the nationwide representation of shareholders and consumers in complex litigation, including class action and derivative litigation. The firm represents shareholders in cases regarding the breach of fiduciary duties by directors regarding securities fraud, mergers and acquisitions, and other corporate transactions.  The firm also represents consumers in cases involving false and deceptive advertising, unfair trade practices, excessive fees, unfair billing practices, insurance fraud, and price fixing.

**Jonathan M. Stein** earned his Bachelor of Science degree in Business Administration from the University of Florida, where he concentrated his studies in Finance. While at Florida, he was selected to join the honor society of Omicron Delta Epsilon, recognizing outstanding achievement in Economics. Mr. Stein earned his Juris Doctor degree from Nova Southeastern University, where he was the recipient of the American Jurisprudence Book Award in Federal Civil Procedure and served as Chief Justice of the Student Honor Court.

Mr. Stein began his practice of law in Fort Lauderdale as a prosecutor in the State Attorney's Office for the Seventeenth Judicial Circuit of Florida, where he handled numerous jury trials. Before concentrating his practice in class action litigation, he also practiced as a litigator with one of Florida's largest law firms, where he concentrated on fighting insurance fraud. Prior to starting his own firm, Mr. Stein was a partner with Robbins Geller Rudman & Dowd LLP, the largest class action firm in the country. Mr. Stein is involved in all aspects of complex litigation, including class actions, securities fraud, shareholder class and derivative actions, consumer fraud, products liability, antitrust and commercial litigation.

A substantial portion of Mr. Stein's practice is dedicated to the representation of public shareholders of companies whose shares are acquired through management buyouts, leveraged buyouts, mergers, acquisitions, tender offers and other change-of-control transactions. Mr. Stein has represented clients in seeking to protect shareholders by insuring that they receive maximum compensation for their shares and also by insuring that they receive all necessary information and disclosure concerning the transactions. He has been successful in restructuring many transactions and recovering millions of dollars in additional value for shareholders.

Mr. Stein also spends a significant portion of his time representing consumers in cases involving corporate fraud.  Specifically, he has recovered millions of dollars handling cases involving false and deceptive advertising, unfair trade practices, unfair fees and unfair billing practices.

Mr. Stein is licensed to practice law in the state courts of Florida, as well as in the Supreme Court of the United States, the Circuit Courts of Appeal for the Eleventh and Third Circuits, and

the United States District Courts for the Southern and Middle Districts of Florida and the District of Colorado. In addition to these courts and jurisdictions, Mr. Stein regularly works on cases with local counsel throughout the country. Mr. Stein has been or is a member of the Association of Trial Lawyers of America, the American Bar Association, the Palm Beach County Bar Association and the South Palm Beach County Bar Association.