EXHIBIT 4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60646-CIV-COHN-SELTZER

CAROL D. SMITH, on Behalf of Herself and )
All Others Similarly Situated, )
)
                Plaintiff, )
)
    vs. )
)
WM. WRIGLEY, JR. COMPANY, )
)
               Defendant. )
)
_____ )

**DECLARATION OF JOHN B. PATTERSON, ESQ. IN SUPPORT OF PLAINTIFF'S
MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES AND INCENTIVE AWARD PAYMENTS**

I, John B. Patterson, Esq., declare as follows:

1.      I am a partner and owner of the firm of Balkan & Patterson, LLP.  I am one of the attorneys representing the Plaintiff and Class members in the above-entitled action (the "Litigation").  I am submitting this declaration in support of my firm's application for an award of attorneys' fees and reimbursement in connection with services rendered in the Litigation.

2.      Attached as Exhibit "A" is a firm biography for Balkan & Patterson, LLP.

3.      My firm is one of the Class Counsel in this Litigation.

4.      From the inception of this Litigation, counsel for Plaintiff have aggressively prosecuted this case and vigorously represented the best interests of Plaintiff and the Class.

5.      My firm assisted in the prosecution of this case since the beginning of the litigation.  My firm was contacted by Carol Smith and she requested that we represent her interests in this case.  My firm entered into a co-counsel agreement with Class Counsel to assist in the representation of Carol Smith.  My firm was assigned the responsibility to review, analyze and annotate tens of thousands of pages of documents produced by Wrigley in this litigation.  My firm has been an active participant in this litigation by participating in all aspects of this litigation

including preparing responses to discovery on behalf of Carol Smith and preparing Carol Smith for her deposition. My firm also assisted with the preparation of the response to the Motion to Dismiss and class certification briefing. We participated in multiple settlement mediation conferences and attended scheduling conferences for this case.

6.     The total number of hours spent on this Litigation by my firm is 525.25. The total lodestar amount for attorney/professional time based on the firm's rate is $251,112.50. The hourly rates shown below are the usual and customary rates charged for each individual in all of our class action cases. A breakdown of the lodestar is as follows:

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| John B. Patterson - Partner | 289.25 | 650.00 | $188,012.50 |
| Adam M. Balkan - Partner | 10.25 | 650.00 | $6,662.50 |
| | | | |
| | | | |
| Tiffany Ponzan - Paralegal | 225.75 | $250.00 | $56,437.50 |
| | | | |
| | | | |
| | | | |
| **TOTAL** | **525.25** | | **$251,112.50** |

7.     My firm incurred a total of $1,251.40 in expenses in connection with the prosecution of this Litigation. They are broken down as follows:

| EXPENSE CATEGORY | TOTAL |
|---|---|
| Meals, Hotels & Transportation | $1,148.42 |
| Photocopies | |
| Postage | |
| Telephone, Facsimile | |
| Messenger, Overnight Delivery | $33.45 |
| Filing, Witness & Other Fees | |
| Court Reporters | |
| Lexis, Westlaw, Online Library Research | $69.53 |
| Class Action Notices/Business Wire | |
| Mediation Fees | |
| Expert/Consultants/Investigators | |
| **TOTAL** | **$1,251.40** |

8.    The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 23 day of September, 2010, at Boca Raton, Palm Beach County, Florida.

John B. Patterson

# John Patterson, Attorney at Law

Boca Raton, Florida
Partner
Telephone: (561) 750-9191
Fax: (561) 750-1574



John Patterson was born in Fort Lauderdale, Florida, and has lived his entire life in South Florida with the exception of his college years attending the University of Notre Dame. After graduating from Notre Dame, John returned to Florida to attend law school at Nova Southeastern University. Upon graduation, he immediately began working for the Office of the State Attorney for the 17th Judicial Circuit, in and for Broward County.

John gained tremendous trial experience while working for the State Attorney's Office. He successfully tried and convicted defendants charged with criminal offenses in more than 70 jury trials and well over 100 non-jury trials. After serving as an Assistant State Attorney for five years, John decided to enter private practice and took a position with one of the most respected insurance defense firms in the State of Florida, where he concentrated in the areas of product liability and medical malpractice.

As an insurance defense lawyer, John represented several Fortune 500 Companies with product liability claims filed against the corporations. He further represented doctors from the fields of Obstetrics and Gynecology, Orthopedics, Family Practice and Thoracic Surgery in Medical Negligence claims.

John decided to leave the insurance defense practice to become a plaintiff's attorney in West Palm Beach, representing the interests of victims. For the next five years he concentrated in the areas of Personal Injury, Wrongful Death, Medical Malpractice, Products Liability and Mass Torts. Since 2001, John has obtained multiple verdicts and settlements in excess of $1 million.

In March of 2006 John and his partner Adam Balkan established their law firm of Balkan & Patterson, LLP. Their practice is devoted to protecting victims in the following areas: Personal Injury, Wrongful Death, Class Actions, Products Liability, Mass Torts, Insurance Litigation and Medical Malpractice.

Some of the class actions on which Mr. Patterson has worked include: *In re Mattel, Inc. Toy Lead Paint Prods. Liab. Litigation* (nationwide settlement valued at over $50 million); *In re Aqua Dots Prods. Liab. Litigation* (pending multidistrict litigation on behalf of purchers of more than 4 million toxic children's toys); *Berry v. Mega Brands, Inc.* (pending class action litigation on behalf of purchers of more than 10 million lethal children's toys); and *Julie Fitzpatrick, on behalf of herself and all others similarly*

*situated v. General Mills, Inc., and Yoplait USA, Inc.* (pending false advertising claim in which a Florida Class was certified in the Southern District of Florida but is currently on appeal to the United States Court of Appeals, Eleventh Circuit).

John has been Board Certified by The Florida Bar as a Specialist in Civil Trial and is a member of the Million Dollar Advocates Forum. He is listed in Who's Who in American Law from 2002 through the present, and was voted to be part of the South Florida Legal Elite 2005 by Florida Trend Magazine, which recognizes the outstanding top 2 percent of attorneys practicing in Florida.

**Practice Areas:**
Class Action
Mass Torts
Medical Malpractice
Personal Injury / Wrongful Death
Products Liability

**Bar Admissions:**
• Florida, 1994
• U.S. District Court for the Southern District of Florida, 2000
• U.S. District Court for the Middle District of Florida

**Education:**
• University of Notre Dame, B.A., 1990
• Nova Southeastern University, J.D., 1994

**Awards and Honors:**
• Board Certified by The Florida Bar as a Specialist in Civil Trial
• Florida Trends Magazine's Legal Elite
• Who's Who in American Law

**Professional Memberships & Leadership Roles:**
• Member: American Association for Justice
• Member: Boca Raton Chamber of Commerce
• Treasurer: Deerfield Beach Rotary Club
• Member: Florida Bar Association
• Member: Florida Justice Association
• Member: Fort Lauderdale Notre Dame Club
• Member: Million Dollar Advocates Forum
• Member: Palm Beach County Bar Association
• Member: Palm Beach County Justice Association
• Member: South Palm Beach County Bar Association
• Board Member/Legal Advisor: St. Coleman Endowment Fund Board
• Former Chairman: Florida Bar Grievance Committee

**Community Involvement:**
• Coach, Lighthouse Point Soccer League
• Advisory Board Member: Pope John Paul II High School, Boca Raton
• Former Instructor: Broward County