FILING FEE
PAID 455.00
In Forma
Pauperis   SLS 00000761
Steven M. Larimore, Clerk

FILED BY ___ DC

2010 DEC -7 AM 10: 23

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

December 1, 2010

Clerk of Courts
U.S. District Court
Southern District of Florida
Ft. Lauderdale Division
299 East Broward Boulevard
Room 108
Fort Lauderdale, FL 33301

Thomas G. Hentoff
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington D.C. 20005

Timothy G. Blood
Blood Hurst & O'Reardon LLP
600 B Streets, Suite 1550
San Diego, CA 92101

Adam Balkin
Balkin & Patterson, LLP
601 S. Federal Highway, Suite 302
Boca Raton, FL 33432

Jonathon M. Stein
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432

Re:   Smith v. Wrigley, Case No. 09-60646 in the United States District Court for the Southern District of Florida

Dear Sirs:

Notice is hereby given that Danette Loeffler, non-named members of the Class who objected in this case, hereby appeal to the United States Court of Appeal for the Eleventh Circuit from the Judgment, Final Order and Decree (Document 102) which was entered on November 8, 2010.

Respectfully submitted,

*Danette Loeffler*

Danette Loeffler
15807 Valleyview Ave
Cleveland, Ohio 44135
Pro Se

```
Court Name: SOUTHERN DISTRICT OF FLORIDA
Division: 0
Receipt Number: FLS000000761
Cashier ID: mguerrer
Transaction Date: 12/06/2010
Payer Name: Ronald J. Loeffler and Danet
te
----------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Ronald J. Loeffler and Danette
 Amount:         $455.00
----------------------------------------
CHECK
 Check/Money Order Num: 1298
 Amt Tendered: $455.00
----------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

09-cv-60646
Notice of Appeal

Returned check fee $45



Checks and drafts are accepted
subject to collection and full
credit will only be given when the
check or draft has been accepted by
then financial institution on which
it was drawn.
```